IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 7

LUKE ADAMS

: Case No. 16-13690 JKF
Debtors

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this      Day of July, 2016, , upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Barry Solodky, Esquire:

IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee to file a Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to November 19, 2016

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to November 19, 2016.

/s/ Barry Solodky
Barry Solodky, Esquire Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED.

Dated:_____    _____
                                  Honorable Jean K. Fitzsimon
                                  Bankruptcy Judge