IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
LUKE ADAMS : CASE NO. 16-13690
    Debtor :

## ORDER

AND NOW, the 20th day of July, 2016 upon consideration of the Motion of M&T Bank, it is hereby

ORDERED that M&T Bank shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law with respect to the 2012 Chevrolet Malibu described in the Motion.

BY THE COURT:

Jean K. FitzSimon, B.J.

Distribution list:

Luke Adams
3590 River Road
Conestoga, PA 17516
Debtor

Barry A. Solodky
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603
Attorney for Debtor

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226
Chapter 7 Trustee

Douglas J. Smillie
Fitzpatrick Lentz & Bubba, P.C.
P. O. Box 219
Center Valley, PA 18034-0219