UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
|     LUKE ADAMS, | : |
|         Debtor | : No. 16-13690-JKF |

**CERTIFICATE OF NO RESPONSE WITH RESPECT
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
OF SECTION 362 OF THE BANKRUPTCY CODE**

    I, Scott F. Landis, Esquire, hereby certify that the period during which parties in interest had to answer or object to the Motion of Fulton Bank, N.A. for Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362 of the Bankruptcy Code, after service thereon, exclusive of the date of service, has expired and no answer or objection has been filed and/or served upon Scott F. Landis, Esquire.

    The hearing scheduled for August 3, 2016 at 9:30 a.m. will not be necessary due to the filing of this Certificate.

                                        BARLEY SNYDER

Dated: July 29, 2016                By:   */s/ Scott F. Landis*
                                                      Scott F. Landis, Esquire
                                                      Court I.D. No. 69798
                                                      Attorneys for Movant
                                                      126 East King Street
                                                      Lancaster, PA 17602
                                                      717.2799.5201

5268299.1