UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 7
    LUKE ADAMS,                  :
                                 : No. 16-13690-JKF
        Debtor               :

## ORDER

AND NOW, this 3 day of August, 2016, upon consideration of the Motion of Fulton Bank, N.A. for Relief from the Automatic Stay, after notice and hearing, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Fulton Bank, N.A. to exercise its state law rights and remedies as concerns its mortgage lien against the Premises located at **3590 River Road, Conestoga, Lancaster County, Pennsylvania** ~~and it is~~

~~FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Fulton Bank, N.A. shall be entitled to immediately exercise its rights and remedies against the foregoing Premises.~~

_____
Jean K. FitzSimon,
U.S. Bankruptcy Judge

5231216.1