United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13690-jkf
Luke Adams                                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JeanetteG            Page 1 of 1            Date Rcvd: Aug 03, 2016
                                Form ID: pdf900            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db         +Luke Adams,    3590 River Road,    Conestoga, PA 17516-9230
cr         +Fulton Bank, N.A.,    Barley Snyder,    c/o Scott F. Landis, Esquire,    126 East King Street,
             Lancaster, PA 17602-2893
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:55:58      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:29
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:54      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: camanagement@mtb.com Aug 04 2016 01:55:27      M&T Bank,    PO Box 767,
                Buffalo, NY  14240-0767
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2016 01:44:39      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 5

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Debtor Luke  Adams bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,    ccharlton@flblaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              SCOTT F. LANDIS    on behalf of Creditor    Fulton Bank, N.A. slandis@barley.com,
               jrachor@barley.com;ashirk@barley.com;cbrelje@barley.com;kcunneen@barley.com;dkearney@barley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 7
    LUKE ADAMS,             :
                                      : No. 16-13690-JKF
        Debtor         :

## ORDER

AND NOW, this _3_ day of _August_, 2016, upon consideration of the Motion of Fulton Bank, N.A. for Relief from the Automatic Stay, after notice and hearing, it is

ORDERED that the automatic stay pursuant to 11 U.S.C. Section 362 is hereby vacated to allow Fulton Bank, N.A. to exercise its state law rights and remedies as concerns its mortgage lien against the Premises located at **3590 River Road, Conestoga, Lancaster County, Pennsylvania** ~~and it is~~

~~FURTHER ORDERED that Rule 4001(a)(3) shall not apply to this Order and Fulton Bank, N.A. shall be entitled to immediately exercise its rights and remedies against the foregoing Premises.~~

                                          Jean K. FitzSimon,
                                          U.S. Bankruptcy Judge

5231216.1