Certificate Number: 15111-PAE-DE-028028673

Bankruptcy Case Number: 16-13690



15111-PAE-DE-028028673

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2016, at 2:49 o'clock PM EDT, Luke N Adams completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 8, 2016            By:    /s/Tiffany Windish for Ryan McDonough

                                     Name:  Ryan McDonough

                                     Title: Executive Director of Education