**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luke Adams | CHAPTER 7
Debtor(s) |
| BKY. NO. 16-13690 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, S/B/M TO BLC BANK NATIONAL ASSOCIATION, S/B/M TO BANK OF LANCASTER COUNTY, NATIONAL ASSOCIATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6892

        Respectfully submitted,

        **/s/Thomas Puleo, Esquire**
        Thomas Puleo, Esquire
        Brian C. Nicholas, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406