United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13690-jkf
Luke Adams                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: Feb 06, 2017
                           Form ID: 195           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db          #+Luke Adams,    3590 River Road,    Conestoga, PA 17516-9230
cr           +Fulton Bank, N.A.,    Barley Snyder,    c/o Scott F. Landis, Esquire,    126 East King Street,
              Lancaster, PA 17602-2893

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: camanagement@mtb.com Feb 07 2017 02:04:05      M&T Bank,    PO Box 767,
              Buffalo, NY 14240-0767
cr           E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2017 01:55:56        Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                            TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
             agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
            BARRY A. SOLODKY    on behalf of Debtor Luke  Adams bsolodky@n-hlaw.com,
             mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com
            CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
             J100@ecfcbis.com
            CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
            DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
             bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
            SCOTT F. LANDIS    on behalf of Creditor    Fulton Bank, N.A. slandis@barley.com,
             jrachor@barley.com;cbrelje@barley.com;kcunneen@barley.com;dkearney@barley.com
            THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
             tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                          : Chapter 7


Luke Adams                                              : Case No. 16–13690–jkf
             Debtor(s)


### *ORDER*

_____


        AND NOW, this day , February 6, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


        ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                        By The Court


                                        Jean K. FitzSimon
                                        Judge , United States Bankruptcy Court