United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Luke Adams  
    Debtor

Case No. 16-13690-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Aug 05, 2020  
    Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
```
db              #+Luke Adams,    3590 River Road,    Conestoga, PA 17516-9230
cr               +Fulton Bank, N.A.,    Barley Snyder,    c/o Scott F. Landis, Esquire,    126 East King Street,
                   Lancaster, PA 17602-2893
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 06 2020 04:47:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2020 04:46:59      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2020 04:47:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: camanagement@mtb.com Aug 06 2020 04:46:55      M&T Bank,    PO Box 767,
                 Buffalo, NY   14240-0767
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 05:01:49      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Debtor Luke  Adams BSO@saxtonstump.com,
               NJP@saxtonstump.com;msf@saxtonstump.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               Josh.Goldman@padgettlawgroup.com
              SCOTT F. LANDIS    on behalf of Creditor    Fulton Bank, N.A. slandis@barley.com,
               jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

LOCAL BANKRUPTCY FORM 9014-3
**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LUKE ADAMS, | : | BANKR. NO. 16-13690-jkf |
| | : | |
| Debtor. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The U. S. trustee has filed **a Motion to Reopen** this case with the Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do all of the following:

   (a) file an answer explaining your position at:

   Clerk, U. S. Bankruptcy Court
   201 Penn Street, Room 103
   Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Dave P. Adams
   Office of the U.S. trustee
   200 Chestnut Street, Suite 502
   Philadelphia, PA   19106
   Telephone:   (215) 597-4411/Fax: (215) 923-1293

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Hon. Patricia M. Mayer on **September 1, 2020, at 11:00 a.m. in 4th Floor Courtroom**, U. S. Bankruptcy Court, 201 Penn Street, Reading, PA 19601 **by dialing 1.888.636.3807 access code 4954493**.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   August 5, 2020